UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVELYN GRODAN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, and DOES 1 through 50, Inclusive,<br><br>　　　　Defendants. | CASE NO. CV13-08924-JAK-(JCx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL**<br><br>**JS-6**<br><br>**[Fed. Rule Civ. Proc., Rule 41(a)(1)** |

PURSUANT TO STIPULATION AND REQUEST OF THE PARTIES, IT IS ORDERED THAT this matter is hereby dismissed with prejudice.

IT IS SO ORDERED.

Dated: October 15, 2014

_____
HONORABLE JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE

551484

-1-

**STIPULATION OF DISMISSAL – CASE NO. 2:13-CV-08924-JAK-JC**